**KLEIN & FOLCHETTI**
*Attorneys and Counselors at Law*
15 Fisher Lane
White Plains, New York 10603-2213
Tel. (914) 683-8792
Fax (914) 683-8793*
E Mail Klfolaw@aol.com*

RECEIVED
Apr 12  9 44 AM '04
CHAMBERS OF
GERARD L. GOETTEL
U.S. DISTRICT JUDGE

*Not for Service of Legal Papers

ROBERT W. FOLCHETTI
Admitted in NY, CT & Federal Courts
MICHELE KLEIN
Admitted in NY & Federal Courts

PUTNAM COUNTY OFFICE
1849 Route 6
Carmel, New York 10512

April 5, 2004

Hon. Gerard L. Goettel, U.S.D.J.
United States District Court
14 Cottage Place
Waterbury, Connecticut 06702

Re:   *Stilson v. Palinkas*
      Docket No. 302CV605 GLG

Dear Honorable Sir:

Please be advised that the undersigned represents plaintiffs in the above-referenced action.

Since this office's correspondence of October 2, 2003, the defendants have complied with the remaining items of outstanding disclosure. Pursuant to the court's Notice to Counsel dated April 1, 2004, the plaintiffs hereby advise that all discovery is complete and the action is trial ready.

Thank you for your attention.

Respectfully submitted,

ROBERT W. FOLCHETTI (CT08902)

cc:   Attorney Paul M. Clyons
      Counsel for Defendants

RWF\bh