UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAY 28, 2004

3:02CV605 (JBA)          STILSON VS. PALINKAS

NOTICE TO COUNSEL

      We have transferred the above-captioned case from the docket of the Honorable Gerard L. Goettel, United States District Judge, to the docket of the Honorable Janet Bond Arteron United States District Judge, who sits in New Haven, CT. Counsel shall file all future filings with the Office of the Clerk, United States District Court, 141 Church Street, New Haven, CT. The initials "JBA" should appear after the case number.

      By Order of the Court

      Kevin F. Rowe, Clerk