# UNITED STATES DISTRICT COURT

District of     CONNECTICUT

**SHARON D. STILSON, et al.**
Plaintiff
V.

**GARY P. PALINKAS, JR., et al.**
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: **3: 02cv605**

*[Stamp: FILED AUG 18 12:39 PM '04 U.S. DISTRICT CO. NEW HAVEN, CT]*

*[Margin note: This matter has been transferred to a magistrate judge. All future filings should be filed at the seat of court where the magistrate judge sits and the case number must be followed by the magistrate judge's initials.]*

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or no and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties co or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case ha assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Gary P. Palinkas | *[signature]* | 4/16/04 |
| Tammi M. Palinkas | *[signature]* | 4/16/04 |
| SHARON D. STILSON | *[signature]* | 08/09/04 |
| WILLIAM STILSON | *[signature]* | 08/09/04 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to   Joan Glazer Margolis   United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

8/17/04
Date              United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.