DEC 17 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN 13 P 2: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| SHARON D. STILSON and WILLIAM STILSON,<br>Plaintiffs | : CIVIL ACTION NO.<br>: 3:02 cv 0605 (GLG) (JGM)<br>: |
| vs. | : Jury Demanded |
| GARY P. PALINKAS, JR., and TAMMI M. PALINKAS<br>formerly known as TAMMI M. EMIG,<br>Defendants | : December 10, 2004 |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for all parties to the above entitled action, as follows:

1. That this action be, and hereby is dismissed.

2. That the plaintiffs hereby acknowledge receipt from the defendants, or their legal representatives, of the agreed-upon settlement payment in the sum of **THIRTY THOUSAND DOLLARS ($30,000.00)**.

3. This stipulation may be filed without further notice with the Clerk of the Court.

THE PLAINTIFFS, Sharon D.
Stilson and William Stilson

BY: _____
ROBERT W. FOLCHETTI (CT08902)
**KLEIN & FOLCHETTI**
15 Fisher Lane
White Plains, New York 10603
Tel. (914) 683-8792

THE DEFENDANTS, Garry Palinkas and
Tammi M. Palinkas f/k/a Tammi M. Emig

BY: _____
PAUL J. CLYONS (CT06291)
**LAW OFFICES OF RODD J. MANTELL**
700 Stanley Drive
New Britain, Connecticut 06053
Tel. (860) 827-4351

**SO ORDERED on December ___, 2004**

_____
**HON. JOAN G. MARGOLIS
UNITED STATES DISTRICT JUDGE**

*Attorney Robert W. Folchetti, Juris No. 307970; Fed. Bar No. CT08902*
**KLEIN & FOLCHETTI**, *15 Fisher Lane, White Plains, New York 10603*
*Tel. (914) 683-8792; Fax (914) 683-8793*